

**LAW OFFICES OF**
## STEVEN D. ISSER
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2023
```

August 10, 2023

**BY ECF**

The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Himatsingka America Inc. v. Nicole Finn*, Case No. 23-cv-3992 (VEC)

Dear Judge Caproni:

    This firm represents Defendant Nicole Finn in the above-referenced matter. I write pursuant to Rule 2(C) of the Court's Individual Practices in Civil Cases, to respectfully request an adjournment of the time for Defendant to respond to the Complaint and of the Initial Pretrial Conference ("IPTC"), and a 45-day extension of all deadlines. Plaintiff's counsel consents to this request.

    Currently, Defendant's deadline to answer or otherwise respond to the complaint is August 14, 2023. The initial deadline to respond to the Complaint was June 7, 2023, which was previously adjourned to June 30, 2023. The IPTC is currently scheduled for September 15, 2023 (originally scheduled for July 14, 2023) and the parties' pre-IPTC submissions are currently due on September 7, 2023 (originally due on July 6, 2023). This is the second request for an adjournment of the IPTC and initial deadlines and third request for an extension of the time to respond to the Complaint.

    When the Court granted the extensions previously requested by the parties, the Court stated that "[n]o further adjournment or extension requests will be granted absent good cause in light of the lengthy adjournment." (ECF No. 12) "Good cause" exists to grant the requested 45 day extensions. The parties are in settlement discussions, and part of those discussions concerns a forensic examination of Defendant's computers and smart phone, which Defendant voluntarily agreed to (Plaintiff alleges misappropriation of confidential information by Defendant). Due to the amount of data on Defendant's devices, the forensic examination is taking longer than

Honorable Valerie E. Caproni									August 10, 2023
											Page 2 of 2

anticipated.  Rather than expending additional time and effort on advancing the litigation, and consuming judicial resources, the parties agree that their efforts would be better spent on continuing with their settlement discussions, which requires time for the forensic analysis to be completed.

      Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                Steven D. Isser

CC:     All Counsel via ECF and email

---

Application GRANTED.  Defendant's deadline to answer or otherwise respond to the complaint is **September 28, 2023**.  The initial pretrial conference will be held on **Friday, November 3, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pre-conference submissions, as described at Dkt. 5, are due on **October 26, 2023**.  No further extensions will be granted absent good cause.

SO ORDERED.

*[signature]*     08/10/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE